UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. MONTENEGRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY, GRISHAM,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01449-JLT-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE WITHOUT PREJUDICE AS PREMATURE<br><br>(Doc. No. 10) |

　　　　Plaintiff, Juan M. Montenegro, is a current state prisoner proceeding *pro se* and *in forma pauperis* on his complaint filed under 42 U.S.C. § 1983.  (Doc. Nos. 1, 2).  Pending before the Court is Plaintiff's motion requesting a settlement conference.  (Doc. No. 10).

　　　　District courts possess inherent authority not governed "by rule or statute, but by control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."  *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016) (citations omitted).  And while this Court endeavors to handle all matters as expeditiously as possible, it has "one of the heaviest caseloads in the nation" and operates under a declared judicial emergency due to unfilled judicial vacancies, which is further exacerbated by the Covid-19 pandemic.  *See* Amended Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California.

　　　　Plaintiff's complaint, filed on September 29, 2021 (Doc. No. 1) still needs to be screened,

and, if a cognizable claim is found, served on Defendants. (*See generally* docket). The Court acknowledges Plaintiff's request for a settlement conference, but Plaintiff's request will not be ripe until screening and service of Plaintiff's complaint is complete. The Court will screen Plaintiff's complaint in due course. The Court recommends that Plaintiff become familiar with Local Rules in order to understand how to structure and file a pleading as Plaintiff's motion requesting a settlement conference (Doc. No. 10) does not follow the requirements set forth in Local Rule 133. In particular, the motion does not have a caption or title describing the relief he is seeking. E.D. Cal. L.R. 133(g) (E.D. Cal 2022).

Accordingly, it is ORDERED:

Plaintiff's motion for a settlement conference (Doc. No. 10) is DENIED without prejudice as premature.

Dated: May 10, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2