UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. MONTENEGRO,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTHONY, GRISHAM,<br><br>            Defendants. | Case No.  1:21-cv-01449-JLT-HBK<br><br>ORDER DENYING PLAINTIFF'S THIRD MOTION FOR A SETTLEMENT CONFERENCE<br><br>(Doc. No. 20) |

Pending before the Court is Plaintiff's third motion requesting a settlement conference. (Doc. No. 20). The Court has previously determined that Plaintiff's complaint and first amended complaint failed to state a claim. (Doc. Nos. 15, 18). Plaintiff filed a second amended complaint on April 26, 2023, which the Court has not yet screened. (Doc. No. 19). Until the Court screens the second amend complaint, Plaintiff's request for a settlement conference is premature.

Accordingly, it is **ORDERED:**

Plaintiff's third motion requesting a settlement conference (Doc. No. 20) is DENIED.

Dated:   May 9, 2023

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE