UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. MONTENEGRO,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY, GRISHAM,<br><br>        Defendants. | Case No. 1:21-cv-01449-JLT-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A CONFERENCE SETTLEMENT<br><br>(Doc. No. 25) |

Pending before the Court is Plaintiff Juan Montenegro's motion for a settlement conference filed June 30, 2023. (Doc. No. 25). On June 20, 2023, the district court adopted the undersigned's Findings and Recommendations finding Plaintiff's Second Amended Complaint failed to state claim. (Doc. No. 23). Judgment was entered the same day and this action was closed. (Doc. No. 24).

Accordingly, it is ORDERED:

Plaintiff's motion for a settlement conference (Doc. No. 25) is DENIED.

Dated:   July 6, 2023

                                   HELENA M. BARCH-KUCHTA
                                   UNITED STATES MAGISTRATE JUDGE